UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Shirley Lindsay**, <br><br> Plaintiff, <br><br> v. <br><br> **A-Can, LLC,** a California Limited Liability Company; and **Juzer Saifee**, <br><br> Defendants. | **Case:** 2:14-CV-09888-RGK-PLA <br><br> [Proposed] **ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

Upon review of Plaintiff's Motion for Summary Judgment, and the documents and exhibits filed therewith, the court finds that the Plaintiff has provided the facts necessary to establish that a violation under the Americans with Disabilities Act has occurred, and is entitled to an injunction, as well as damages under the California Unruh Civil Rights Act. Therefore, after consideration of the briefs and arguments of counsel, and all other matters presented to the Court, it is hereby ORDERED that plaintiff's motion for summary judgment is GRANTED.

Plaintiff is entitled to:

1. An Order from the Court directing defendants to provide accessible parking; 28 C.F.R. § 36.211(a); and

2. A single statutory penalty in the amount of $4,000 for her encounter of the parking barrier. Cal. Civ. Code § 55.56.

Dated: March 2, 2016  By: *[signature: Gary Klausner]*
GARY R. KLAUSNER
UNITED STATES DISTRICT JUDGE